UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 10cr310 JAH (RBB) |
| Plaintiff, ) | **ORDER DENYING DEFENDANT'S MOTION FOR EMERGENCY STAY OF DEPORTATION ORDER PENDING APPEAL** |
| v. ) | |
| ROBERT SKEFFERY, ) | |
| Defendant. ) | |

On October 4, 2013, Defendant, Robert Skeffery, filed an emergency motion to stay his deportation from the United States during the pendency of his appeal before the United States Supreme Court. In his motion, Defendant cites to Rule 8(a) of the Federal Rules of Appellate Procedure as authority for staying his deportation. However, this Court's examination of Rule 8(a)(1) reveals no basis for allowing this Court to stay Defendant's deportation order. See Fed. R. App. P. 8(a)(1). Indeed, Defendant fails to cite to any relevant authority that would be applicable to this case. Furthermore, Defendant fails to provide sufficient information to allow this Court to construe his motion as a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, that would meet Defendant's objective.[1]

---

[1] If Defendant is seeking stay of a final order of deportation, he should seek relief before the Ninth Circuit. See Alvarez-Barajas v. Gonzales, 418 F.3d 1050, 1052 (9th Cir. 2005) (The REAL ID Act of 2005 made the federal circuit courts the "sole" judicial body able to review challenges to final orders of deportation, exclusion, or removal).

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for emergency stay (Doc. # 93) is DENIED without prejudice.

Dated: October 8, 2013

*signature*

JOHN A. HOUSTON
United States District Judge